**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

**UNITED STATES OF AMERICA**

**v.**

**KENNETH SIMPSON**

FEB 0 4 2025

JENNIFER P. LYONS, CLERK

BY
No. 2:26  DEPUTY CLERK /14-SDN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Distribution of Child Pornography)

On about October 24, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH SIMPSON**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account, distributed and attempted to distribute the child pornography file ca01f8d4-d251-48ef-a91d-4d97639fed2c.mp4, using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

### COUNT TWO
### (Distribution of Child Pornography)

On about October 24, 2024, in the District of Maine and elsewhere, the

defendant,

**KENNETH SIMPSON**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account, distributed and attempted to distribute the child pornography file 2bc986bf-0bab-44cd-98dc-a86961154e12.mp4, using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT THREE
### (Distribution of Child Pornography)

On about October 24, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH SIMPSON**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account, distributed and attempted to distribute the child pornography file 5fa86b82-daff-49fd-aaba-c84895d18f13.mp4, using the internet, a means and facility of interstate an d foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT FOUR
### (Distribution of Child Pornography)

On about October 24, 2024, in the District of Maine and elsewhere, the defendant,

### KENNETH SIMPSON

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account, distributed and attempted to distribute the child pornography file e161a2be-03e5-4e9c-82e2-6374007d18a3.mp4, using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT FIVE
### (Distribution of Child Pornography)

On about October 24, 2024, in the District of Maine and elsewhere, the defendant,

### KENNETH SIMPSON

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account, distributed and attempted to distribute the child pornography file 9ce9ff2e-9437-4e68-b575-3ea8ac75ac85.mp4, using the internet, a means and facility of interstate and foreign

commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).


## COUNT SIX
### (Distribution of Child Pornography)

On about October 24, 2024, in the District of Maine and elsewhere, the defendant,

### KENNETH SIMPSON

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account, distributed and attempted to distribute the child pornography file ee13e7ad-9706-4de2-813a-f8432c62a467.mp4, using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).


## COUNT SEVEN
### (Distribution of Child Pornography)

On about October 24, 2024, in the District of Maine and elsewhere, the defendant,

### KENNETH SIMPSON

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account, distributed and attempted to distribute the child pornography file 7dc2d26e-5216-41a9-8eb2-b15c58b618a4.mp4, using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT EIGHT
### (Distribution of Child Pornography)

On about October 24, 2024, in the District of Maine and elsewhere, the defendant,

### KENNETH SIMPSON

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account, distributed and attempted to distribute the child pornography file 4fd6177e-7ee3-4a4e-a663-5556d537860f.mp4, using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

**FORFEITURE NOTICE**

Upon conviction of any the offenses set forth in Counts One through Eight of this Indictment, charging violations of 18 U.S.C. § 2252A(a)(2), the defendant,

**KENNETH SIMPSON**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (a) any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C., Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses, or any property traceable to such property. The property to be forfeited includes, but is not limited to:

> (1) iPhone 16 in punk case seized by Homeland Security Investigations from Kenneth Simpson's person on April 29, 2025 (HSI Property Number IA00045047).

If any of the property described above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the Defendant—

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without

difficulty;

it is the intention of the United States, pursuant to pursuant to 21 U.S.C. § 853(p), as

incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of the

defendant up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 2253.


A TRUE BILL,

Signature Redacted – Original on file
with the Clerk's Office

_____
Assistant United States Attorney


Date: February 4, 2026